UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUSTIN WADE RUFFINO,<br><br>    Petitioner,<br><br>v.<br><br>FEDERAL BUREAU OF PRISONS, et al.,<br><br>    Respondents. | Case No. 2:25-cv-10592-CAS-JC<br><br>JUDGMENT |

In accordance with the Memorandum Opinion and Order Dismissing Action, IT IS HEREBY ADJUDGED that this action is dismissed.

DATED: December 10, 2025

*Christine A. Snyder*
_____
HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE